HUGGINS LUMBER COMPANY, Appellant, *v.* HOMER J. PHELPS, Defendant, and EARL L. MILLER, Respondent.

*Huggins Lumber Co.* v. *Phelps*, 173 App. Div. 917, affirmed.

(Submitted January 21, 1919; decided February 7, 1919.)

APPEAL from a judgment entered March 28, 1916, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of defendant, respondent, and granting a new trial and directed the reinstatement of said verdict. The action was to recover a deficiency arising upon the foreclosure of a chattel mortgage. The defense was that the defendant, respondent, had been released by the plaintiff from all liability under the mortgage.

*Claude E. Guile* for appellant.

*Albert T. Jennings* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.